IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

F I L E D

MAR I 6 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

)
THE MEDICINES COMPANY,                 )
                                       )
         Plaintiff,                    )
                                       )
v.                                     )     Civil Action No. 01:10-cv-81
                                       )
                                       )
DAVID KAPPOS, et al.,                  )
                                       )
         Defendants.                   )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum
Opinion, it is hereby

ORDERED that the U.S. Patent and Trademark Office's denial
of Plaintiff's patent term extension application is VACATED and
this case is REMANDED to the PTO for reconsideration as to the
date of approval under 35 U.S.C. § 156.

FURTHER ORDERED that the U.S. Patent and Trademark Office
take such actions as necessary to ensure '404 patent does not
expire pending resolution of these proceedings.

                                            /S/
                          _____
                          Claude M. Hilton
                          United States District Judge

Alexandria, Virginia
March _16_, 2010