IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED MAR 16 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

| | |
|---|---|
| THE MEDICINES COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID KAPPOS, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 01:10-cv-81 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the U.S. Patent and Trademark Office's denial of Plaintiff's patent term extension application is VACATED and this case is REMANDED to the PTO for reconsideration as to the date of approval under 35 U.S.C. § 156.

FURTHER ORDERED that the U.S. Patent and Trademark Office take such actions as necessary to ensure '404 patent does not expire pending resolution of these proceedings.

/S/

_____
Claude M. Hilton
United States District Judge

Alexandria, Virginia
March 16, 2010